amended complaint within 20 days after entry and service of order herein. Order filed. See, also, 125 N. Y. Supp. 182.

In re TWICHELL. (Supreme Court, Appellate Division, Third Department. November 23, 1910.) In the matter of the judicial settlement of the account of John Z. Twichell as general guardian of the property of Easton E. Devore, now deceased.

PER CURIAM. Motion granted, unless within 10 days the appellant perfects his appeal by serving proper undertaking and serving case and exceptions within 30 days and pays $10 costs to the respondent, in which case motion is denied without costs. See, also, 116 App. Div. 910, 101 N. Y. Supp. 1147; 117 App. Div. 301, 102 N. Y. Supp. 163.

TWOMBLY et al., Respondents, v. DININNY, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Henry B. Twombly and others against Ferral C. Dininny. F. J. Ryan, for appellant. W. H. Griffin, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

TYDINGS v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Thomas A. Tydings against the City of New York. No opinion. Application denied, with $10 costs. Order signed.

UNGRICH, Respondent, v. UNGRICH et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1910.) In the matter of Martin L. Ungrich against Henry Ungrich, Jr., and others. E. W. S. Johnston, for appellants. L. L. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 App. Div. 49, 106 N. Y. Supp. 1051; 129 App. Div. 900, 113 N. Y. Supp. 1149; 129 App. Div. 908, 114 N. Y. Supp. 1149; 133 App. Div. 895, 118 N. Y. Supp. 1147.

UNION BATTERY CO., Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by the Union Battery Company against Harvey R. Collins. No opinion. Judgment affirmed, with costs.

UNITED BUILDING MATERIAL CO., Respondent, v. CITY OF NEW YORK et al. Appellants (two cases). (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Actions by the United Building Material Company against the City of New York, William E. Paine and Benjamin B. Odell, Jr., as receivers, and others, defendants and appellants. (Appeals Nos. 1 and 2.)

PER CURIAM. Orders (67 Misc. Rep. 584, 123 N. Y. Supp. 313) affirmed, with $10 costs and disbursements.

BURR, J., dissents.

UNITED STATES, Respondent, v. BANGS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the United States for the benefit of Henry Collins against Anson M. Bangs, sole surviving partner, etc., and another. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 139 App. Div. 262, 123 N. Y. Supp. 938.

UNTERBERGER v. NEW YORK CITY RY. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Joseph Unterberger, as administrator, against the New York City Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

UTESS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Max F. Utess against the Erie Railroad Company.

PER CURIAM. Order (123 N. Y. Supp. 858) affirmed, with costs.

WILLIAMS, J., dissents upon the ground that the motion for a new trial should have been granted upon proper terms.

VALENTINE, Appellant, v. RABINOWITZ, Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Moses Valentine against Jacob Rabinowitz. N. W. Kerngood, for appellant. T. B. Chancellor, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 129 App. Div. 908, 114 N. Y. Supp. 1149.

VAN RENSSELAER LAND CO., Appellant, v. PALMATEER et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by the Van Rensselaer Land Company against George Palmateer and another. No opinion. Judgment unanimously affirmed, with costs, on the ground that plaintiff has failed to show that the premises in question were included in its deed.

VILLAGE OF HAVERSTRAW v. ECKERSON et al. (Appeal No. 2.) In re JEFFERSON ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the Village of Haverstraw against J. Esler Eckerson and others. No opinion. Judgment affirmed, with costs. See, also, 118 N. Y. Supp. 337; 137 App. Div. 903, 122 N. Y. Supp. 1148.

VILLAGE OF HAVERSTRAW v. ECKERSON et al. (Appeal No. 1.) In re WARREN AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by the Village of Haverstraw against J. Esler Eckerson and others. No opinion. Judgment affirmed, with costs.

VITALE v. GANTS et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Antonino Vitale